AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __of Arizona__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-01873-SPL | DATE FILED<br>5/29/2025 | U.S. DISTRICT COURT<br>of Arizona | |
|---|---|---|---|
| PLAINTIFF<br>Buc-ee's, Ltd., a Texas limited partnership | | DEFENDANT<br>Owl & Anchor, LLC, an Arizona limited liability company | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | SEE ATTACHED LIST | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

| Trademark/App No. | Date of Trademark | Holder of Trademark |
|---|---|---|
| 1.  3,763,277 | 03/23/2010 | BUC-EE'S, LTD. |
| 2.  3,246,893 | 05/29/2007 | BUC-EE'S, LTD. |
| 3.  4,007,063 | 08/02/2011 | BUC-EE'S, LTD. |
| 3.  4,007,064 | 08/02/2011 | BUC-EE'S, LTD. |
| 4.  4,316,461 | 05/09/2013 | BUC-EE'S, LTD. |
| 5.  4,316,457 | 04/09/2013 | BUC-EE'S, LTD. |
| 6.  6,421,516 | 07/13/2021 | BUC-EE'S, LTD. |
| 7.  6,421,517 | 07/13/2021 | BUC-EE'S, LTD. |
| 8.  6,421,518 | 07/12/2021 | BUC-EE'S, LTD. |
| 9.  6,421,534 | 07/13/2021 | BUC-EE'S, LTD. |
| 10. 98/957,673 | | BUC-EE'S, LTD. |
| 11. 98/957,659 | | BUC-EE'S, LTD. |
| 12. 98/957,685 | | BUC-EE'S, LTD. |
| 13. 98/957,689 | | BUC-EE'S, LTD. |