# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Buc-ee's Limited,

      Plaintiff,

v.

Owl & Anchor LLC,

      Defendant.

NO. CV-25-01873-PHX-SPL

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Owl & Anchor LLC.

DEFAULT ENTERED this 2nd day of June, 2026.

Debra D. Lucas
District Court Executive/Clerk of Court

June 2, 2026

By   s/ Rebecca Kobza
Deputy Clerk